06-CV-05163-PRO

___ FILED  ___ ENTERED
___ LODGED ___ RECEIVED

MAR 28 2006   DB

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Burrell Marsh Allen and Helen Allen, ,

Plaintiffs,

v.

RBC Dain Rauscher Inc., Robert Lance Posner,

Defendants.

CV 06-5163 RJB

ORDER GRANTING MOTION
TO VACATE ARBITRATION
AWARD

(PROPOSED)

THIS MATTER came before the Court on Defendant's motion to dismiss under Fed. R. Civ. P. 12(b)(6). The Court has considered the pleadings submitted by the parties, and the documents and records in the file including:

1. Complaint to Vacate Arbitration Award and attached exhibits;
2. Motion to Vacate;
3. Declaration of Ari Y. Brown and attached Affidavit of Nicholas P. Iavarone;
4. Order Granting Motion to Vacate Arbitration Award [Proposed];

ORDER GRANTING MOTION TO VACATE ARBITRATION AWARD

(PROPOSED)
s:\ari brown\allen v dain rauscher\allen proposed order mtv.doc

1

BERGMAN & FROCKT
705 SECOND AVENUE, SUITE 1601
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

ORIGINAL

1

2   Based on the evidence presented and the argument of counsel, IT IS ORDERED:

3   Motion to Vacate Arbitration Award is hereby GRANTED.

4   The Award in NASD Arbitration No. 05-03363 is hereby vacated and shall have no

5   force of effect.

6      DONE IN OPEN COURT this ____ day of _____ 2006.

7

8   _____
    Honorable

9   Presented by:

10  BERGMAN & FROCKT

11

12  By: _____
    Ari Y. Brown, WSBA #29570
13  Matthew P. Bergman, WSBA #20894
    David S. Frockt, WSBA #28568

14
                                    Attorneys for Plaintiffs
15

16

17

18

19

20

21

22

23

ORDER GRANTING MOTION TO VACATE ARBITRATION    2         BERGMAN & FROCKT
AWARD                                                    705 SECOND AVENUE, SUITE 1601
                                                         SEATTLE, WA 98104
(PROPOSED)                                               TELEPHONE: 206.957.9510
s:\ari brown\allen v dain rauscher\allen proposed order mtv.doc   FACSIMILE: 206.957.9549