06-CV-05163-CERT

FILED ___ ENTERED
LODGED ___ RECEIVED

MAR 28 2006   DB

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

Received From
SEATTLE

MAR 30 2006

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Burrell Marsh Allen and Helen Allen, ,

    Plaintiffs,

v.

RBC Dain Rauscher Inc., Robert Lance Posner,

    Defendants.

No. CV06-5163 RJB

DECLARATION OF SERVICE

I, Quiana Thornton, declare and state as follows:

1. I am and at all times herein was a citizen of the United States, a resident of King County, Washington, and am over the age of 18 years.

2. On the 28th day of March, 2006, I caused to be served true and correct copies, of: (1) Plaintiffs' Fed.R.Civ.P. 26(a)(1) Initial Disclosures (2) Compact Disc containing pages Plaintiffs' 01 - 1030; and (3) Declaration of Service, on the following:

**I.** **Via ABC Legal Messenger (Defense Counsel):**

Julie K. Thrall
Lane Powell, P.C.
1420 Fifth Avenue #4100
Seattle, WA 98101
206-223-7267

---

DECLARATION OF SERVICE
s:\ari brown\allen v dain rauscher\allen declaration of service.doc

1

BERGMAN & FROCKT
705 SECOND AVENUE, SUITE 1601
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549

**ORIGINAL**

1

2         I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

3

4         DATED at Seattle, Washington this 28th day of March, 2006.

5

*[signature]*

6   Quiana Thornton

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF SERVICE      2      BERGMAN & FROCKT
s:\ari brown\allen v dain rauscher\allen declaration of service.doc
705 SECOND AVENUE, SUITE 1601
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549