THE HONORABLE ROBERT J. BRYAN

LANE POWELL PC
Julie K. Thrall, WSBA No. 27240
thrallj@lanepowell.com
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone: 206.223.7000
Facsimile: 206.223.7107

Attorneys for RBC Dain Rauscher Inc. and
Robert Lance Posner

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BURRELL MARSH ALLEN and HELEN ALLEN AS TRUSTEES OF THE ALLEN LIVING TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> RBC DAIN RAUSCHER INC., ROBERT LANCE POSNER, <br><br> Defendants. | No. CV 06-5163 RJB <br><br> ORDER AND JUDGMENT CONFIRMING AWARD AND DIRECTING EXPUNGEMENT OF CRD RECORDS <br><br> **[Clerk's Action Required]** |

## I. HEARING

The application by Defendants for confirmation of the Award and entry of judgment came on for hearing before the above Court.

The Court considered the pleadings on file, including the Award, which is attached hereto and was attached as Exhibit A to the Declaration of Julie K. Thrall in Support of Motion to Confirm Arbitration Award and Enter Judgment.

PROPOSED ORDER RE EXPUNGEMENT - 1
CV06-5163 RJB
115197.0056/1326505.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

## II. ORDER AND JUDGMENT

The Court confirms the Award reached by the NASD Dispute Resolution arbitration panel in the proceeding between the above named parties, Case No. 05-03363, which is incorporated herein by reference, and enters judgment as follows:

In accordance with The Panel's Award, all references to arbitration matter No. 05-03363 are to be expunged from the CRD records of Defendant Robert Posner. Upon entry of this judgment the Central Registration Depository will expunge all reference to this arbitration, Case No. 05-03363, in the records of Robert Posner, including all references to the claims and allegations therein.

DATED this 14th day of November 2006.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge

Presented by:

LANE POWELL PC

By  s/Julie K. Thrall
    Julie K. Thrall, WSBA No. 27240
Attorneys for Defendants
RBC Dain Rauscher Inc.
Robert Posner

PROPOSED ORDER RE EXPUNGEMENT - 2
CV06-5163 RJB
115197.0056/1326505.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 14th day of November 2006, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Ari Y. Brown
Bergman & Frockt
705 Second Avenue, Suite 1601
Seattle, WA 98104

Dated this 14th day of November 2006.

      s/Patricia Stockwell
      Patricia Stockwell

PROPOSED ORDER RE EXPUNGEMENT - 3
CV06-5163 RJB
115197.0056/1326505.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107